RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
**MICHAEL GONZALES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 14-00285-005-JST |
| Plaintiff, | |
| vs. | **REVISED STIPULATION TO CONTINUE SENTENCING** |
| MICHAEL GONZALES, | |
| Defendant. | |

Defendant Michael Gonzales, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Kevin Barry, hereby stipulate and agree that the sentencing presently set for Friday, December 19, 2014 at 9 a.m. be continued to Friday, February 13, 2014, at 9:30 a.m.  This continuance is at the request of defense counsel so that she can review all of the judgments and dockets pertaining to defendant's prior convictions.

///

///

///

///

1  United States Probation Officer John D. Woods has been advised of this request and he
2  has no objection.  He will provide counsel with these documents.

3
4
5
6  Dated:  December 16, 2014                     _____/s/_____
7                                                RANDY SUE POLLOCK
                                                  Attorney for Defendant
8                                                 **MICHAEL GONZALES**
9
10 Dated:  December 16, 2014                     _____/s/_____
11                                                KEVIN BARRY
                                                  Assistant United States Attorney
12
13 SO ORDERED:
14 DATE: December 17, 2014                      _____
                                                  JOHN S. TIGAR
15                                                UNITED STATES DISTRICT COURT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28